EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., OF LONDON, ENGLAND, Respondent, *v.* HUDSON RIVER TRUST COMPANY, Appellant.

HERBERT HALL, as Receiver of GERMANTOWN NATIONAL BANK, Appellant, *v.* HUDSON RIVER TRUST COMPANY, Respondent.

Argued October 19, 1937; decided November 23, 1937.

*Robert E. Whalen* and *John V. Whitbeck, Jr.*, for Hudson River Trust Company, appellant and respondent.

*Stuart G. Gibboney* and *James L. Duncanson* for Herbert Hall, as receiver, appellant.

*Charles B. Sullivan* and *Warner M. Bouck* for Employers' Liability Assurance Corporation, Ltd., respondent.

Judgment in favor of the Employers' Liability Assurance Corporation, Ltd., modified by reducing the recovery from $17,720.32 to $16,229.98, and as so modified affirmed, with costs.

Judgment against Hall, as receiver, etc., affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.